IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**UNITED STATES OF AMERICA**,

v.

**THOMAS WYATT and,**
**KENNETH HENDERSON,**

**Defendants.**

**CASE NO. 4:25-CR-21**

## ORDER TO UNSEAL

After having considered the Motion of the United States of America to unseal the case, the Clerk is directed to unseal the case effective on the date of this Order.

**SO ORDERED**, this 15th day of August, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE