## IIN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

**UNITED STATES OF AMERICA**

**v.**

**THOMAS WYATT**

**Case No.: 4:25-CR-00021-CDL-ALS-1**

## ORDER

Defendant was indicted on July 8, 2025, ECF. 1, and arraigned on August 18, 2025, ECF. 13. A Pretrial Conference is currently scheduled for September 18, 2025. Defendant requests a continuance and the government does not oppose. Specifically, Defendant will need additional time to conduct investigation with Mr. Wyatt and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>March 2026 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 28th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA